UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in<br><br>UNITED STATES<br><br>                    Plaintiff,<br><br>v.<br><br>CARLTON EDWARDS<br>Subpoena Duces Tecum to<br>Custodian of Records,<br>Court Services and Offender<br>Supervision Agency<br>633 Indiana Ave., N.W.<br>Washington, D.C. 20004<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)Misc. No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF REMOVAL OF A SUBPOENA ACTION

The United States Attorney for the District of Columbia hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, and <u>Brown & Williamson Tobacco Corp.</u> v. <u>Williams</u>, 62 F.3d 408, 412-415 (D.C. Cir. 1995). In support of that notice, the following facts are relied upon:

1. The Office of the United States Attorney for the District of Columbia is in receipt of a subpoena duces tecum purportedly issued under authority of the Superior Court of the District of Columbia in a criminal case now pending in that court.

2. A copy of the subpoena is attached to this notice. <u>See</u> Exhibit 1.

3. The subpoena duces tecum purports to direct the Court Services and Offender Supervision Agency for the District of Columbia ("CSOSA") to produce and permit inspection and copying of any all documents pertaining to 1) whether Mr. Sweat is under parole, supervised release, or probation supervision ; 2) the case(s) for which he is under supervision, 3) date(s) of supervision; 4) the amount of street time he would lose if his supervision is revoked; 5) the names and phone numbers of his supervising officers; 6) the results of any positive drugs tests from 4/21/2006 to date; 7) any indication that his conduct while under supervision was

unsatisfactory in any way; 8) letters on applications to the Court or U.S. Attorney's Office suggesting a review or revocation of his supervision; 9) communications from the U.S. Attorney's Office from 4/2006 to date advising his supervising authority that he was cooperating in the above matter or requesting favorable treatment by his supervisor. Id.

4. Accompanying this notice is a copy of a motion titled Motion To Quash Subpoena, which raises defenses relying on federal law and raising federal questions.

5. This notice of removal is brought pursuant to 28 U.S.C. §§ 1442(a), 1446, and Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995).

WHEREFORE, this subpoena matter is properly removed from the Superior Court of the District of Columbia, to this Court.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, Bar # 434122
Assistant United States Attorney

BENTON G. PETERSON, Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov

*In Forma Pauperis*

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
### SUBPOENA
*Duces Tecum*

UNITED STATES
DISTRICT OF COLUMBIA

vs.    Case No. 2006-CF1-001047

Carlton Edwards

To: Custodian of Records, Court Services and Offender Supervision Agency, 633 Indiana Ave NW 12th Fl., Washington DC 20004

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom _____ of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the _____ day of _____, 20 _____ at _____ a.m./p.m. as a witness for _____

☐ and bring with you _____

Any and all documents pertaining to 1) whether Mr. Sweat is under parole, supervised release, or probation supervision; 2) the case(s) for which he is under supervision; 3) date(s) of his supervision; 4) the amount of street time he would lose if his supervision is revoked; 5) the names and phone numbers of his supervising officers; 6) the results of any positive drug tests from 4/21/2006 to date; 7) indicating that his conduct while under supervision was unsatisfactory in any way; 8) letters of applications to the Court or U.S. Attorney's Office suggesting a review or revocation of his supervision; (9): communications from the U.S. Attorney's Office from 4/2006 to date advising his supervising authority that he was cooperating in the above matter or requesting favorable treatment by his supervisor

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this _____ day of _____, 20 _____.

Officer in Charge _____    District _____    Clerk, Superior Court of the District of Columbia

Ed Ungvarsky - P
Attorney for Government/Defendant

Phone No. (202) 409-2084/824-2301

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date: July 10, 2007    Judge: _____

THIS DATE:

"REMARKS," the above subpoena on the _____ (different than shown above)

TRIAL
7/16/06
J Christian
Courtroom 3A

Mr. Marion Sweat

PDS
Ungvarsky

PDSDC
633 Indiana Ave
2nd Fl
WDC 20004

individuals, company, corporation, etc.,

of Service    7/10/07

Title of Server

*U.S. GPO: 2000-520-516/94562

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action, and Notice of Filing of Notice of Removal of a Civil Action and attachments has been made by mailing copies thereof to:

Ed Ungvarsky
PDSDC
633 Indiana Ave NW
Washington, D.C. 20004

on this 13th day of July, 2007.

_____
BENTON G. PETERSON,
Assistant United States Attorney

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| In Re Subpoena in<br><br>UNITED STATES<br><br>                         Plaintiff,<br>v.<br><br>CARLTON EDWARDS<br>Subpoena Duces Tecum to<br>Custodian of Records,<br>Court Services and Offender<br>Supervision Agency<br>633 Indiana Ave., N.W.<br>Washington, D.C. 20004<br><br>                         Defendant. | No. 2006-CFI-001097<br><br>Superior Court |

## NOTICE OF FILING OF NOTICE OF REMOVAL OF A CIVIL ACTION

PLEASE TAKE NOTE that on July 13, 2007, the United States Attorney for the District of Columbia filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal of a subpoena duces tecum issued in the above captioned matter, pursuant to 28 U.S.C. §§ 1442(a)(1), and 1446. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (and attachments) are attached hereto.

Respectfully Submitted,

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, Bar # 434122
Assistant United States Attorney

BENTON G. PETERSON, Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action, and Notice of Filing of Notice of Removal of a Civil Action and attachments has been made by mailing copies thereof to:

Ed Ungvarsky
PDSDC
633 Indiana Ave NW
Washington, D.C. 20004

on this 13th day of July, 2007.

_____
BENTON G. PETERSON,
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in<br><br>UNITED STATES<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>CARLTON EDWARDS<br>Subpoena Duces Tecum to<br>Custodian of Records,<br>Court Services and Offender<br>Supervision Agency<br>633 Indiana Ave., N.W.<br>Washington, D.C. 20004<br><br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Misc. No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERIFICATION

1.　　I am an Assistant United States Attorney for the District of Columbia and am making an appearance on behalf of the Court Services and Offender Supervision Agency for the District of Columbia ("CSOSA").

2.　　I have reviewed the relevant materials and upon information and belief, the allegations contained in the Notice of Removal are true.

3.　　I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 13, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BENTON G. PETERSON
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney